

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00217-CV

KEVIN ALAIMO                                            APPELLANT

V.

SRMOF II 2012-1 TRUST, U.S.                    APPELLEE
BANK TRUST NATIONAL
ASSOCIATION, NOT IN ITS
INDIVIDUAL CAPACITY BUT
SOLELY AS TRUSTEE

----------

### FROM THE 158TH DISTRICT COURT OF DENTON COUNTY
### TRIAL COURT NO. 15-04164-158

----------

## MEMORANDUM OPINION[1]

----------

Appellant Kevin Alaimo attempts to appeal the trial court's order granting the appellee's bill of review. On July 15, 2015, we notified appellant of our concern that we might not have jurisdiction because the order from which he

---

[1]*See* Tex. R. App. P. 47.4.

attempted to appeal did not appear to be a final judgment or appealable interlocutory order. *See* Tex. R. App. P. 42.3(a); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). We informed appellant that unless he or any party desiring to continue the appeal filed with the court, on or before July 27, 2015, a response showing grounds for continuing the appeal, the appeal would be dismissed for want of jurisdiction.

Appellant responded, agreeing that the order did indeed appear to be interlocutory and that he did not intend to proceed with this appeal. Therefore, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

/s/ Bonnie Sudderth
BONNIE SUDDERTH
JUSTICE

PANEL: LIVINGSTON, C.J.; DAUPHINOT and SUDDERTH, JJ.

DELIVERED: August 13, 2015

2